**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
600 WEST CAPITOL AVENUE
ROOM A149
LITTLE ROCK, ARKANSAS 72201-3325

**FILED**
OCT 30 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY C ESTEVES
DEPUTY CLERK

JAMES W. McCORMACK
CLERK

501-604-5351
FAX 501-604-5321

October 24, 2007

Mr. Jack L. Wagner
U. S. District Court Clerk
Eastern District of California
501 I Street, Suite 4-200
Sacramento, California 95814-7300

**RECEIVED**
OCT 26 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK
Fresno

Re:  MDL No. 1507 - In re Prempro Products Liability Litigation
     E.D. AR Master Case Number 4:03CV01507 WRW
     Toni Scott, et al v. Wyeth, et al - Your Case No. 1:07-1211

Dear Mr. Wagner:

A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407 was received and filed in this district on October 22, 2007. Enclosed is a certified copy of that order directing the transfer of your civil case to the Eastern District of Arkansas. It is assigned to the docket of Hon. William R. Wilson, Jr., for coordinated or consolidated pretrial proceedings. Please reference the case number assigned to this court in all correspondence or communications.

Judge Wilson has requested that the transfer of records consist of copies of the original pleadings (e.g., original complaint, counterclaim, cross-complaint or third-party complaint, and answer or responsive pleading), a copy of the MDL Transfer Order, and a certified copy of the docket sheet in the case listed above. Please email the above-requested documents in PDF format to prempro_mdl_clerk@ared.uscourts.gov. Each of the documents should be separate PDFs. Due to the high volume of cases involved in this litigation, please follow the above procedures instead of simply referring us to your website. If you have any questions, do not hesitate to contact Ms. Martha Fugate at (501) 604-5394 or Ms. Robbie Mixon at (501) 604-5306.

Sincerely,

JAMES W. McCORMACK, CLERK

JWMc/rm
Enclosure
cc:  Hon. William R. Wilson, Jr.

**RECEIVED**
OCT 30 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY C ESTEVES
DEPUTY CLERK

A CERTIFIED TRUE COPY

OCT 16 2007

ATTEST _____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 28 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 22 2007

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION                                              MDL No. 1507

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-115)
4:03 CV 01507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 4,209 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 16 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By _____ D.C.

**IN RE: PREMPRO PRODUCTS LIABILITY**
**LITIGATION**                                                                MDL No. 1507

## SCHEDULE CTO-115 - TAG-ALONG ACTIONS

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| **ARKANSAS WESTERN** | |
| ARW 2 07-2093 | Jerry Schwartz v. Wyeth, et al. |
| ARW 6 07-6063 | Mary Alice Ladd v. Pharmacia & Upjohn Co., LLC, et al. |
| **CALIFORNIA EASTERN** | |
| CAE 1 07-1211 | Toni Scott, et al. v. Wyeth, et al. |
| **FLORIDA SOUTHERN** | |
| FLS 9 07-80764 | Mary Louise Beck v. Wyeth, Inc., et al. |
| **MINNESOTA** | |
| MN 0 07-3735 | Barbara A. Hansen v. Wyeth |
| MN 0 07-3742 | Emalee Klomp v. Wyeth |
| MN 0 07-3813 | Janie Womack v. Barr Laboratories, Inc., et al. |
| MN 0 07-3814 | Nancy B. Smith v. Pfizer Inc., et al. |
| MN 0 07-3912 | Patricia S. Hoffman v. Wyeth |
| MN 0 07-3928 | Beverly A. Terry v. Wyeth |
| **MISSOURI EASTERN** | |
| MOE 4 07-920 | Esther Yee Henderson, et al. v. Wyeth, Inc., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 07-7786 | Susan Marsa v. Wyeth, et al. |